UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OLIVIA JOHNSON,

    Plaintiff,

v.

                                    Case No. 1:25-cv-1601

GINA ABADI, et al.,

                                    HON. JANE M. BECKERING

    Defendants.

_____/

## **ORDER**

This is a civil action filed by a *pro se* litigant. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 6) on December 3, 2025, recommending that the Court dismiss Plaintiff's complaint for lack of subject matter jurisdiction/failure to state a claim, and recommending that the Court assess the $605.00 appellate filing fee. The Report and Recommendation was duly served on Plaintiff.[1] No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 6) is APPROVED and ADOPTED as the Opinion of the Court, and Plaintiff's complaint is DISMISSED for lack of subject matter jurisdiction/failure to state a claim.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

---

[1] Plaintiff is the only party that has appeared in the case at this time. Service of the Report and Recommendation on Plaintiff was returned, marked "return to sender," "no such number," and "unable to forward" (ECF No. 7). Plaintiff has failed to keep the Court apprised of her current address.

A Judgment will be entered consistent with this Order.


Dated: January 5, 2026  /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge

2